| | |
|---|---|
| **From:** | Amro Elansari <amroelansari@gmail.com> |
| **Sent:** | Tuesday, December 22, 2020 12:46 PM |
| **To:** | PAED Documents |
| **Subject:** | PLEASE FILE - NEW CASE |
| **Attachments:** | FINALCHESCO1983.pdf; CHESCOCOVERSHEET.pdf; IFPCHESCO.pdf |

CAUTION - EXTERNAL:


Please File -

1. NEW CASE - CHESCO §1983
2. COVER SHEET
3. IFP FORM -
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


THANK YOU