**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AMRO ELANSARI,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 20-CV-6170** |
| | : | |
| **MAITE RAGAZZO,** *et al.*, | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 29th day of January, 2021, upon consideration of Plaintiff Amro Elansari's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), "Motion to Strike" (ECF No. 7), and Motion to Amend (ECF No. 8), and Defendant Maite Ragazzo's Motion to Dismiss (ECF No. 5) and Elansari's Response (ECF No. 6), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Motion to Strike is **GRANTED**.

4. The Complaint is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as follows:

    a. Elansari's federal claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** and

    b. Any remaining state law claims are **DISMISSED WITHOUT PRJEUDICE** for lack of subject matter jurisdiction.

5. The Motion to Dismiss is **DENIED AS MOOT** because the Court dismissed this case on other grounds, pursuant to its statutory authority under 28 U.S.C. § 1915(e)(2)(B)(ii).

6. The Motion to Amend is **DENIED**.

7.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/Joel H. Slomsky, J.
**Joel H. Slomsky, J.**